IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMIE BATISTE,<br><br>    Petitioner,<br><br>  v.<br><br>A. HEDGPETH, Warden,<br><br>    Respondent. | No. C 13-1098 TEH (PR)<br><br>ORDER GRANTING PETITIONER FOURTEEN DAYS TO FILE IN FORMA PAUPERIS AFFIDAVIT OR PAY FILING FEE |

On March 11, 2013, Petitioner Jamie Batiste, an inmate at California State Prison, Solano, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 challenging a judgment of conviction from Contra Costa County Superior Court. On the same date, the Clerk of the Court sent Petitioner a notice that he did not file an application to proceed in forma pauperis (IFP). The notice warned Petitioner that he must respond within twenty-eight days from the date of the notice by filing an IFP application or by paying the $5.00 filing fee, or his case would be DISMISSED and the file would be closed.

Twenty-eight days have passed and Petitioner has not filed an IFP application or paid the $5.00 filing fee. In the interests of justice, the Court will allow Petitioner fourteen more days in which to file his IFP application, including a completed certificate of funds in his prison trust account and a copy of his prison trust

1 account statement for the last six months.  See 28 U.S.C.
2 § 1915(a)(2).  Alternately, Petitioner may pay the $5.00 filing fee.
3 If he does not respond within fourteen days, his petition for a writ
4 of habeas corpus will be dismissed without prejudice for failure to
5 prosecute.

7     IT IS SO ORDERED.

9 DATED     *04/22/2013*

                                   THELTON E. HENDERSON
                                   United States District Judge

G:\PRO-SE\TEH\HC.13\Batiste 13-1098-HC eot IFP.wpd

**2**