1

2

3             IN THE UNITED STATES DISTRICT COURT

4          FOR THE NORTHERN DISTRICT OF CALIFORNIA

5

6

7

JAMIE BATISTE,                      No. C 13-1098 TEH (PR)

8              Petitioner,           ORDER GRANTING PETITIONER
9                                    FOURTEEN DAYS TO FILE IN FORMA
           v.                        PAUPERIS AFFIDAVIT OR PAY
10                                   FILING FEE
A. HEDGPETH, Warden,

11
               Respondent.

12
_____/

13

14          On March 11, 2013, Petitioner Jamie Batiste, an inmate at

15   California State Prison, Solano, filed a petition for a writ of

16   habeas corpus pursuant to 28 U.S.C. § 2254 challenging a judgment of

17   conviction from Contra Costa County Superior Court.  On the same

18   date, the Clerk of the Court sent Petitioner a notice that he did

19   not file an application to proceed in forma pauperis (IFP).  The

20   notice warned Petitioner that he must respond within twenty-eight

21   days from the date of the notice by filing an IFP application or by

22   paying the $5.00 filing fee, or his case would be DISMISSED and the

23   file would be closed.

24          Twenty-eight days have passed and Petitioner has not filed

25   an IFP application or paid the $5.00 filing fee.  In the interests

26   of justice, the Court will allow Petitioner fourteen more days in

27   which to file his IFP application, including a completed certificate

28   of funds in his prison trust account and a copy of his prison trust

United States District Court
For the Northern District of California

account statement for the last six months.  See 28 U.S.C.
§ 1915(a)(2).  Alternately, Petitioner may pay the $5.00 filing fee.
If he does not respond within fourteen days, his petition for a writ
of habeas corpus will be dismissed without prejudice for failure to
prosecute.


     IT IS SO ORDERED.


DATED     04/22/2013      _____
                         THELTON E. HENDERSON
                         United States District Judge

G:\PRO-SE\TEH\HC.13\Batiste 13-1098-HC eot IFP.wpd

**2**