IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMIE BATISTE,<br><br>　　　　　　　　Petitioner,<br><br>　v.<br><br>A. HEDGPETH, Warden,<br><br>　　　　　　　　Respondent. | Case No. C 13-1098 TEH (PR)<br><br>[~~PROPOSED~~] ORDER |

GOOD CAUSE appearing, it is hereby ordered that the time within which to file respondent's response to be extended 60 days to and including September 9, 2013.  Petitioner's traverse, if any, shall be filed and served within 30 days of service of respondent's response.

Dated: 07/08/2013

_____
Judge Thelton E. Henderson

[Proposed] Order (C 13-1098 TEH (PR))